IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GABRIEL NATHAN SMITH | ) | |
| | ) | |
| VS. | ) | 3:03-CR-300-K |
| | ) | (3:05-CV-783-K) |
| UNITED STATES OF AMERICA | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED**.

Signed November   21st   , 2005.

  s/Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE